IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY DARRINGTON, #145167, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:04cv897-WHA |
| | ) | (WO) |
| DONAL CAMPBELL, | ) | |
| COMMISSIONER | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on June 2, 2006, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. Defendant's motion for summary judgment (Doc. # 8) is GRANTED;

2. Judgment is entered in favor of defendant and against plaintiff;

3. This case is DISMISSED with prejudice; and

4. Costs of this proceeding are taxed against plaintiff for which execution may issue.

Done this 19th day of June, 2006.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE