IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNY DARRINGTON, #145167, )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>DONAL CAMPBELL,  )<br>COMMISSIONER  )<br>)<br>Defendant.  ) | CIVIL ACTION NO. 2:04cv897-WHA<br>(WO) |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendant and against the plaintiff, that this action be and is hereby dismissed, and that the defendant recover the costs of this action.

Done this 19th day of June, 2006.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE